```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

United States of America

    v.                                  2:16-cr-164
                                          Judge Marbley

Gerardo Davila-Colindres

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 23) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the Information, and he is hereby adjudged guilty on this count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: November 7, 2016          <u>    s\Algenon L. Marbley    </u>
                                                Algenon L. Marbley
                                                United States District Judge